### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEN FEINGOLD** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 25-1936** |
| : | |
| **ERIE INSURANCE EXCHANGE** : | |

# ORDER

**AND NOW**, this 31st day of July 2025, upon studying the pro se allegations now presented in a third amended Complaint (ECF 20) invoking our limited subject matter jurisdiction based on federal question but without pleading a fact basis for our subject matter jurisdiction and otherwise not properly pleading facts allowing us to find we may exercise diversity subject matter jurisdiction, mindful Defendant is moving to dismiss on the merits (ECF 21) which we cannot reach absent finding subject matter jurisdiction, finding no need to force Plaintiff to incur the time and expense in responding on the merits given the lack of subject matter jurisdiction, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the third amended Complaint (ECF 20) without prejudice as Plaintiff has not plead our subject matter jurisdiction;

2. **GRANT** Plaintiff leave, on or before **August 22, 2025,** to file a fourth amended Complaint not exceeding thirty-five pages consistent with Federal Rule 8(a) pleading the fact basis for our diversity jurisdiction and legal theories cognizable under federal law after carefully reviewing Defendant's Memorandum (ECF 21) and today's accompanying Order; and,

3. **DENY** Defendant's Motion to dismiss (ECF 21) as **moot.**

                                                **KEARNEY, J.**