IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN FEINGOLD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-1936 |
| | : | |
| ERIE INSURANCE EXCHANGE | : | |

## ORDER

**AND NOW**, this 25th day of September 2025, upon considering Defendant's Motion to dismiss (ECF 30) Plaintiff's pro se fourth amended Complaint (ECF 29), Plaintiff's Opposition (ECF 34), and for reasons in today's accompanying Memorandum finding Plaintiff lacks standing to plead a claim under an assignment already found to be invalid under a final Order by the Pennsylvania Courts, it is **ORDERED** we **GRANT** Defendant's Motion (ECF 30) dismissing the case with prejudice and directing the Clerk of Court **CLOSE** this case.

KEARNEY, J.